UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOXMIND CANADA ENTERPRISES LTD., <br><br> *Plaintiff* <br><br> v. <br><br> AIMENG-BM, AOSHENGKE, BDWING, CELECSTAN, CIERENZ, COFFLY, DALEO, GONGRUISHANGMAO, GZFY CO,LTD, KSHXY, LAQUEEN, LEETURN, LU PING GUO, MIAOGE DAILY NECESSITIES CO., LTD., NANYANGXIAOLISHANGMAOYOUXIANGONGSI, RUIBOKE, SHUNKANG.STORE, SOLIS CONVENE, SUPERVISUAL, SUQI 19, TOY'S CHOICE CO,LTD, VALUE SELECTIONS, XIANNINGSHILUOYANGSHANGMAOYOUXIANGONGSI, YA WEN MARKET, YICHUNSHIJIANGHAOZHUANGSHIYOUXIAN GONGSI, YUANWUHUA and ZHANGXUWEN, <br><br> *Defendants* | 25-cv-924 (JSR) <br><br> **[PROPOSED] <br> UNSEALING ORDER** |

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 14th day of February, 2025, at 12:04 p.m.
New York, New York

_____
HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

1