UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FOXMIND CANADA ENTERPRISES LTD.,

        Plaintiff,

   -v-

AIMENG-BM, et al.,

        Defendants.

25-cv-924 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    The Court orders that Docket Entry Numbers 18, 19, and 20 should be unsealed.

    SO ORDERED.

New York, NY
March 20, 2025

                                       JED S. RAKOFF, U.S.D.J.