UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOXMIND CANADA ENTERPRISES LTD.,<br><br>*Plaintiff*<br><br>v.<br><br>AIMENG-BM, AOSHENGKE, BDWING, CELECSTAN, CIERENZ, COFFLY, DALEO, GONGRUISHANGMAO, GZFY CO,LTD, KSHXY, LAQUEEN, LEETURN, LU PING GUO, MIAOGE DAILY NECESSITIES CO., LTD., NANYANGXIAOLISHANGMAOYOUXIANGONGSI, RUIBOKE, SHUNKANG.STORE, SOLIS CONVENE, SUPERVISUAL, SUQI 19, TOY'S CHOICE CO,LTD, VALUE SELECTIONS, XIANNINGSHILUOYANGSHANGMAOYOUXIANGONGSI, YA WEN MARKET, YICHUNSHIJIANGHAOZHUANGSHIYOUXIAN GONGSI, YUANWUHUA and ZHANGXUWEN,<br><br>*Defendants* | **CIVIL CASE NO.**<br>**25-cv-924 (JSR)**<br><br>[PROPOSED]<br>**ORDER MODIFYING THE TEMPORARY RESTRAINING ORDER** |

It is hereby ORDERED, ADJUDGED AND DECREED as follows:

A. The Show Cause Hearing is adjourned from February 7, 2025 at 2:00 p.m. to **February 14, 2025 at 12:00 p.m.**

B. Defendants' deadline to file opposing papers is extended from February 6, 2025 to **February 13, 2025**.

C. Plaintiff's deadline to file any reply papers is extended from 11:00 a.m. on February 7, 2025 to **9:00 a.m. on February 14, 2025**.

**SO ORDERED.**

SIGNED this 6th day of February, 2025, at 10:15 a.m.

_____
HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

1